UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRAVELERS CASUALTY AND SURETY COMPANY,   :    15cv4212 (DLC)
                                         :
                    Plaintiff,           :    ORDER
                                         :
         -v-                             :
                                         :
JEFFREY AVO UVEZIAN,                     :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2020

DENISE COTE, District Judge:

A Stipulation and Order of Settlement was entered in this case on February 17, 2016. On February 25, 2020, plaintiff's counsel filed an affidavit seeking a judgment to enforce the settlement. Accordingly, it is hereby

ORDERED that plaintiff's counsel shall promptly serve this Order and the plaintiff's February 25 filings on the defendant and defendant's counsel.

IT IS FURTHER ORDERED that the defendant shall respond to the February 25 affidavit by **March 27, 2020**.

Dated:    New York, New York
          February 28, 2020

                              _____
                                       DENISE COTE
                              United States District Judge