UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
TRAVELERS CASUALTY AND SURETY COMPANY, :
                                      :
                          Plaintiff,   :      15cv4212 (DLC)
            -v-                        :
                                      :            ORDER
JEFFREY AVO UVEZIAN,                   :
                                      :
                          Defendant.   :
                                      :
--------------------------------------X

DENISE COTE, District Judge:

    A Stipulation and Order of Settlement was entered in this
case on February 17, 2016.  On February 25, 2020, plaintiff's
counsel filed an affidavit seeking a judgment to enforce the
settlement.  On February 28, plaintiff's counsel was ordered to
serve the February 25 filings on the defendant and defendant's
counsel, and the defendant was ordered to respond by March 27.
The defendant has not so responded.  Accordingly, it is hereby

    ORDERED that the plaintiff shall serve this Order on the
defendant and defendant's counsel on or before **April 2, 2020.**

    IT IS FURTHER ORDERED that plaintiff's counsel shall file
by **April 3** proof of service that this Order and the February 28
Order were served on the defendant and defendant's counsel.

    IT IS FURTHER ORDERED that a hearing will be held at **2:00
p.m.** on **April 24.**  Due to the ongoing outbreak of COVID-19, the
hearing will be held telephonically.  The parties shall use the
following dial-in credentials to appear at the hearing:

     Dial-in:       888-363-4749

     Access code:  4324948

Failure of the defendant to appear will result in entry of a default or a default judgment.

     IT IS FURTHER ORDERED that the parties shall use a landline if one is available.


Dated:   New York, New York
        March 31, 2020

                        DENISE COTE
          United States District Judge