```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TRAVELERS CASUALTY AND SURETY COMPANY,   :
                                         :
                        Plaintiff,       :    15cv4212 (DLC)
           -v-                           :
                                         :        ORDER
JEFFREY AVO UVEZIAN,                     :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

A Stipulation and Order of Settlement was entered in this case on February 17, 2016.  On February 25, 2020, plaintiff's counsel filed an affidavit seeking a judgment to enforce the settlement.  On February 28, plaintiff's counsel was ordered to serve the February 25 filings on the defendant and defendant's counsel, and the defendant was ordered to respond by March 27.  The defendant did not so respond, and a default judgment hearing was scheduled for April 24 at 2:00 p.m.

An Order of April 22, 2020 set a deadline of April 23 for plaintiff's counsel to file a letter addressing whether this Court has jurisdiction.  The same day, defense counsel filed a letter seeking time to address the jurisdictional question as well.  Accordingly, it is hereby

ORDERED that each party shall file by **April 29, 2020** a letter addressing whether this Court may properly exercise jurisdiction under 28 U.S.C. § 1352 or under any other statute,

such as 28 U.S.C. § 1332.

IT IS FURTHER ORDERED that the defendant shall respond to the plaintiff's February 25 filings by **April 29.**

IT IS FURTHER ORDERED that the hearing presently scheduled for April 24 is adjourned to **May 1** at **1:00 p.m.**  Due to the ongoing outbreak of COVID-19, the hearing will be held telephonically.  The parties shall use the following dial-in credentials to appear at the hearing:

    Dial-in:       888-363-4749

    Access code:   4324948

Failure of the defendant to appear may result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.


Dated:    New York, New York
          April 22, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge