# LAW OFFICES OF MICHAEL P. O'CONNOR
10 ESQUIRE ROAD – SUITE 14
NEW CITY, NY 10956
(845) 6381956   FAX (845) 6383916
EMAIL: mpolaw@aol.com

MICHAEL P. O'CONNOR*  
*ADMITTED NY, NJ & FL  
AMANDA THURSTON, PARALEGAL

RICHARD G. RAMSAY, OF COUNSEL  
DAVID CASTAGNA, OF COUNSEL

*Via PACER*

April 30, 2020

Judge Denise Cote
United States District Court
Southern District of New York

Re:   Travelers Casualty and Surety Company v. Jeffrey Avo Uvezian
      Case No.: 15-cv-4212 (DLC)

Dear Hon. Cote:

Pursuant to your Order dated April 28, 2020, the parties' letters concerning jurisdiction are currently due, tomorrow, May 1, 2020.
I have spoken to my adversary, and we are discussing a possible settlement. As such, we are respectfully requesting an additional week on the submission, bringing the filing date to May 8, 2020.
Thank you for your consideration on this matter.

Yours etc.,

MICHAEL P. O'CONNOR, ESQ.

MPO/art

cc:   Michael B. Schulman, Esq.,
      *Via Email*

---

Granted.

April 30, 2020

/s/ Denise Cote
DENISE COTE
United States District Judge