```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRAVELERS CASUALTY AND SURETY COMPANY,   :    15cv4212 (DLC)
                                         :
                    Plaintiff,           :        ORDER
          -v-                            :
                                         :
JEFFREY AVO UVEZIAN,                     :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A stipulation of settlement in this action was So-Ordered on February 17, 2016. On February 25, 2020, plaintiff filed an affidavit in support of a judgment, asserting that defendant had failed to perform as required by the settlement. On June 19, defendant submitted a letter in opposition. As set forth on the record during the telephonic conference held on July 17, it is hereby

ORDERED that plaintiff shall provide a draft judgment to defense counsel by **July 24, 2020.**

IT IS FURTHER ORDERED that the proposed judgment shall be filed by **July 31**. Any remaining dispute about the judgment shall be set forth in the July 31 filing.

Dated:   New York, New York
         July 17, 2020

                                   _____
                                          DENISE COTE
                                   United States District Judge