UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS CASUALTY AND SURETY COMPANY,

　　　　　　　　　　Plaintiff,

-against-

JEFFREY AVO UVEZIAN

　　　　　　　　　　Defendant.

---x

Civil Action

Case No.:
15-cv-4212(DLC/DF)

JUDGMENT

Plaintiff having filed a Notice of Default upon Defendant, pursuant to a So-Ordered Stipulation and Order of Settlement, filed February 17, 2016, and the parties having been heard, it is

**ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Plaintiff, Travelers Casualty and Surety Company, in the sum of $300,430.00; and it is further

**ORDERED, ADJUDGED AND DECREED** that the sum be held by Plaintiff, and utilized to make payments to U.S. Customs and Border Protection, on behalf of International Tobacco Partners, Ltd., together with reasonable attorney fees. Any unutilized portion of any funds recovered from Defendant, shall be returned to Defendant.

_____July 31_____, 2020

ENTER:

_____
DENISE COTE
United States District Judge